No. 98–6672.  IN RE NOLAND;
No. 98–6674.  IN RE WHITLEY; and
No. 98–6721.  IN RE PERRY.  Petitions for writs of habeas corpus denied.

No. 98–6242.  IN RE KING.  Petition for writ of mandamus denied.

No. 98–6647.  IN RE BYRD.  Petition for writ of prohibition denied.

No. 98–231.  GRUPO MEXICANO DE DESARROLLO, S. A., ET AL. v. ALLIANCE BOND FUND, INC., ET AL.  C. A. 2d Cir.  Certiorari granted.

No. 97–8940.  HARRIS v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 97–9329.  COLLINS v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 98–94.  FEDERICO v. DIPAOLO, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT NORFOLK.  C. A. 1st Cir.  Certiorari denied.

No. 98–225.  MICHIGAN ET AL. v. DEPARTMENT OF ENERGY ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 98–276.  DELEW ET AL. v. WAGNER ET AL.;
No. 98–443.  WAGNER v. DELEW ET AL.; and
No. 98–444.  LAS VEGAS METROPOLITAN POLICE DEPARTMENT ET AL. v. DELEW ET AL.  C. A. 9th Cir.  Certiorari denied.  Reported below: 143 F. 3d 1219.

No. 98–296.  LEGAL AID SOCIETY OF HAWAII ET AL. v. LEGAL SERVICES CORPORATION ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–313.  GIBSON v. RIVERA ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.